IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:08-cv-00130-FL

| | |
|---|---|
| VICTOR BROWN AND MARTHA BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendant. | ORDER GRANTING<br>MOTION TO DESIGNATE ACTION AS<br>FIRST CASE FOR TRIAL DURING<br>THE FEBRUARY 21, 2012<br>NEW BERN TERM |

This matter is before the Court on the Motion of Defendant Novartis Pharmaceuticals Corporation ("NPC") requesting that the trial in the captioned action, which has been set for trial during the term of court beginning on February 21, 2012 in New Bern, North Carolina, be designated as the first case for trial during that term.

It appearing to the Court that good cause has been shown, the Court finds that NPC's Motion should be allowed.

IT IS THEREFORE ORDERED that NPC's Motion is granted and the captioned action is designated as the first case for trial during the term of court commencing on February 21, 2012 at the United States Courthouse in New Bern.

SO ORDERED, this the 18 day of May, 2011.

Louise W. Flanagan
Chief United States District Judge