UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CV-00130-FL

| | | |
|---|---|---|
| VICTOR BROWN and MARTHA BROWN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) ) ) ) | |
| Defendant. | ) ) | |

This matter is before the Court on the parties' Joint Motion for Status Conference [DE-90], filed by Defendant on October 28, 2011. For good cause shown, the motion is **GRANTED**. Accordingly a telephonic status conference shall hereby be held in this matter on **Monday, November 21, 2011 at 1:00 p.m. EST**, at which time counsel for all parties are directed to dial 1-877-787-8146 and enter Conference ID# 26798337.

This the 8th day of November, 2011.

DAVID W. DANIEL
United States Magistrate Judge