IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:08-CV-00130-FL

| | |
|---|---|
| VICTOR BROWN AND MARTHA BROWN, <br><br> Plaintiffs, <br><br> v. <br><br> NOVARTIS PHARMACEUTICALS CORPORATION, <br><br> Defendant. | NOVARTIS PHARMACEUTICALS CORPORATION'S OMNIBUS MOTION IN LIMINE |

Novartis Pharmaceuticals Corporation ("NPC") hereby moves pursuant to the Federal Rules of Evidence and applicable law to exclude the following:

1. Out-of-court statements by members of a panel of physicians and oral surgeons who provided comments regarding NPC's draft White Paper on the development of ONJ in patients using Zometa® and Aredia®;

2. Testimony from Dr. Noopur Raje, a medical doctor with no NPC affiliation, including a videotaped presentation that Dr. Raje gave in September 2005 at a meeting of the American Association of Oral and Maxillofacial Surgeons;

3. "Recommendations from the Osteonecrosis of the Jaw (ONJ) Advisory Panel," 16-Mar. 2005;

4. A statement made by Dr. Jack Gotcher at the annual AAOMS meeting in September, 2005;

5. Sales and marketing materials that were neither seen nor relied upon by Plaintiff Victor Brown or his prescribing physicians, Drs. John Hunter or Birgit Arb;

6. Testimony or evidence that NPC misled, deceived, or defrauded FDA about

Zometa®;

7. Testimony or evidence that some or many of the articles concerning bisphosphonates in medical journals were actually "ghostwritten" by drug companies, including NPC;

8. Evidence concerning foreign regulatory actions or materials such as package inserts for Zometa® distributed in foreign countries;

9. Discovery disputes;

10. Characterizations of counsel for NPC in a manner that could prejudice NPC;

11. References to drug companies having an "incestuous" relationship with FDA;

12. References to Dr. Suzanne Parisian as the "Former Chief Medical Officer" of FDA;

13. References to dental pain jurors may have experienced and the treatment they received;

14. Evidence regarding "moral obligations" and "legal conclusions" by Plaintiffs' experts;

15. Evidence or argument regarding regulatory enforcement or interactions between FDA and NPC concerning drugs other than Aredia® or Zometa®;

16. References to testimony by Plaintiffs' expert, Dr. Robert E. Marx, regarding his compensation; and

17. References to NPC's corporate structure or to the fact that NPC is based in Switzerland.

The grounds for this motion are set forth in detail in the accompanying memorandum of law.

Dated: December 2, 2011					Respectfully submitted,

/s/ Peter G. Pappas
Peter G. Pappas, N.C. State Bar No. 10464
PPappas@nexsenpruet.com
  NEXSEN PRUET, PLLC
  701 Green Valley Road, Suite 100
  Post Office Box 3463
  Greensboro, NC 27402
  Telephone: (336) 373-1600
  Facsimile: (336) 387-8924

Marguerite S. Willis
N.C. State Bar No. 8045
MWillis@nexsenpruet.com
  NEXSEN PRUET, LLC
  1230 Main Street, Suite 700
  Columbia, SC 29201
  Post Office Drawer 2426 (29202)
  Telephone: (803) 771-8900

Joseph M. Price
(admitted *pro hac vice*)
jprice@faegre.com
  FAEGRE & BENSON LLP
  2200 Wells Fargo Center
  90 S. Seventh St.
  Minneapolis, MN 55402
  Telephone: (612) 766-7000
  Facsimile: (202) 766-1600

Katharine Ruth Latimer
(admitted *pro hac vice*)
klatimer@hollingsworthllp.com
Gregory S. Chernack
(admitted *pro hac vice*)
GChernack@Hollingsworthllp.com
  HOLLINGSWORTH LLP
  1350 I Street, NW
  Washington, DC 20005
  Telephone: (202) 898-5800
  Facsimile: (202) 682-1639

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

fb.us.7702037.01

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOVARTIS PHARMACEUTICALS CORPORATION'S OMNIBUS MOTION IN LIMINE, using the CM/ECF system, which will send notification of such filing to CM/ECF participants:

**Lyn K. Broom (LKB@trslaw.com)**
**Jodi D. Hildebran (jhildebran@allmanspry.com)**
**Robert G. Germany (rgg@pgrwlaw.com)**
**E. Vernon F. Glenn (glennlaw@lowcountrylawyer.com)**

This the 2nd day of December, 2011.

/s/ Peter G. Pappas
Peter G. Pappas
N.C. State Bar 10464
PPappas@nexsenpruet.com
NEXSEN PRUET, PLLC
701 Green Valley Road
Post Office Box 3463
Greensboro, NC 27402
Telephone: (336) 373-1600
Facsimile: (336) 387-8924

fb.us.7702037.01