IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No. 7:08-CV-00130-FL

VICTOR BROWN and MARTHA BROWN, )
)
        Plaintiffs, )
)
v. ) **ORDER**
)
NOVARTIS PHARMACEUTICALS )
CORPORATION, )
)
        Defendant. )

This matter is before the Court on the parties' Joint Motion for a Telephone Conference pursuant to Local Rule 16.1 to discuss logistical issues for trial in advance of the pre-trial conference. For good cause shown, the motion is **GRANTED**. ~~Accordingly, a telephonic conference shall hereby be held in this matter on _____, August __, 2012 at _____ EST.~~

This the 2nd day of August, 2012.

_____
Louise W. Flanagan
United States District Judge

The court is unable to accommodate conference during the week of August 13, as suggested, however. Assuming the parties' availability at one of the times listed below, the parties shall designate a representative to confirm as soon as possible and in any event by not later than the close of business tomorrow a time of mutual availability for conference to commence next week: 1) anytime between 9:00 am and noon Monday, August 6; 2) 4:00 or 4:30 pm Tuesday, August 7; or 3) 3:30 pm, 4:00 pm or 4:30 pm Wednesday August 9.

NPCOL1:2975999.1