IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:08-CV-130-FL

| | |
|---|---|
| VICTOR BROWN and<br>MARTHA BROWN,<br><br>    Plaintiffs,<br><br>  v.<br><br>NOVARTIS PHARMACEUTICALS<br>CORPORATION,<br><br>    Defendant. | **ORDER** |

This action is scheduled for trial beginning on September 19, 2012, following selection of the jury on September 14, 2012. On August 14, 2012, Novartis Pharmaceuticals Corporation ("defendant") filed a motion regarding trial transcripts [D.E. 199]. Defendant requests permission to make arrangements with the court reporter to obtain daily official copies of the trial transcripts and daily realtime rough drafts of the trial transcripts. Defendant acknowledges that it must also reach an agreement with the court reporter concerning the costs of preparing these transcripts. According to defendant, Victor Brown and Martha Brown ("plaintiffs") do not oppose the motion. On August 16, 2012, the court referred the motion to the clerk of court for disposition.

Upon review of the motion, the undersigned finds that defendant did not provide a reason for its request, stating only that defendant "would like" daily transcripts. Defendant's motion regarding trial transcripts is nevertheless ALLOWED [D.E. 199]. If arrangements can be made and an agreement reached between the parties and the court reporter(s) on the costs of such services before trial, the court reporter(s) may provide daily official copies of the trial transcripts and daily realtime

rough drafts of the trial transcripts to the parties who wish to purchase them. No costs associated with defendant's request are to be borne by the court.

To the extent that costs may become an issue under 28 U.S.C. § 1920(2), this order does not determine that daily trial transcripts were "necessarily obtained for use in the case" and does not constitute prior approval under Local Civil Rule 54.1(c)(2)(c). Defendant is reminded that the court did not order daily trial transcripts and plaintiffs did not request this expedited service.

SO ORDERED. This 6th day of September 2012.

Julie A. Richards, Clerk of Court