IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. : 7:08-CV-130-FL

| | | |
|---|---|---|
| VICTOR BROWN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| NOVARTIS PHARMACEUTICALS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Where plaintiff through counsel announced Friday, September 21, 2012, during its case-in-chief, his determination then to move for dismissal with prejudice contingent upon agreement of defendant to seek no costs, and where plaintiff personally confirmed this as his position in the case, and defendant through its counsel agreed that it would not seek costs, it appears that the parties have settled all matters in controversy between them. Accordingly, upon this stipulation and agreement, the case is DISMISSED, with prejudice.

SO ORDERED, this the 21st day of September, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge